# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MCKINNEY, | CASE NO. 1:09-cv-00726-WMW-YNP PC |
| Plaintiff, | ORDER DENYING MOTION |
| v. | (Doc. 4) |
| CA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

Plaintiff Gregory McKinney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's motion filed on May 11, 2009. (Doc. #4.) Plaintiff seeks Magistrate Judge William M. Wunderlich's recusal pursuant to 28 U.S.C. § 144 because Plaintiff believes Magistrate Judge Wunderlich is impartial toward pro se litigants.

Due to Magistrate Judge Wunderlich's retirement, this case was temporarily reassigned to Magistrate Judge Sandra M. Snyder. Therefore, Plaintiff's motion has been rendered moot and it is unnecessary for the Court to address the merits of Plaintiff's motion.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's May 11, 2009 motion for recusal is DENIED.

IT IS SO ORDERED.

**Dated:   October 5, 2009**                    /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE

1