1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9   GREGORY McKINNEY,                          CASE NO. 1:09-cv-00726-OWW-SMS PC

10                    Plaintiff,              ORDER   EXTENDING   APPLICATION   OF
                                             DISCOVERY AND SCHEDULING ORDER TO
11        v.                                 DEFENDANT KAYS

12   CALIFORNIA DEPARTMENT OF                (ECF No. )
     CORRECTIONS AND REHABILITATION,
13   et al.,                                 Amended Unenumerated Rule 12(b) Motion
                                             Deadline: 07/01/2011
14                    Defendants.            Amended Deadline to Amend Pleadings: 07/01/2011
     _____ /      Amended Discovery Cut-Off Date: 09/09/2011
15

16        Defendant Kays filed an answer to Plaintiff's amended complaint on June 2, 2011.

17   Accordingly, application of the discovery and scheduling order filed on December 1, 2010, is

18   HEREBY EXTENDED to Defendant Kays, and deadline to amend pleadings and the unenumerated

19   Rule 12(b) motion deadline set in that order are EXTENDED to **July 1, 2011**, and the discovery cut-

20   off date is EXTENDED to **September 9, 2011**, as to Defendant Kays and Plaintiff's claims against

21   him.

22        IT IS SO ORDERED.

23   **Dated:    June 6, 2011**                      **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

1