# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McKINNEY, | CASE NO. 1:09-cv-00726-OWW-SMS PC |
| Plaintiff, | ORDER VACATING ORDER DENYING PLAINTIFF'S MOTION TO FILE A SUPPLEMENTAL COMPLAINT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 38, 41) |
| Defendants. | |

Plaintiff Gregory McKinney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2011, Plaintiff filed a motion for leave to file a supplemental complaint, however he failed to include the supplemental complaint. On June 8, 2011, an order issued denying Plaintiff's motion to file a supplemental complaint, without prejudice, informing Plaintiff that he needed to file the motion with the supplemental complaint. On June 13, 2011, a supplemental complaint was filed, which had been received on June 3, 2011. On July 1, 2011, Plaintiff filed a document entitled objection to findings and recommendations which the Court construes as a motion for reconsideration of the order denying Plaintiff's motion for leave to file a supplemental complaint.

Initially, Plaintiff appears to be confused as he states that he objects to the order that this action be dismissed for failure to state a claim. No such order has issued in this action.

Based upon the filing of the supplemental complaint, the order denying Plaintiff's motion to file a supplemental complaint shall be vacated and the motion for leave to amend shall be deemed

1

1 | resubmitted.  The Court will address Plaintiff's motion at a later date.
2 |     Accordingly, it is HEREBY ORDERED that the order denying Plaintiff's motion for leave
3 | to file a supplemental complaint, filed June 8, 2011, is VACATED.
4 |     IT IS SO ORDERED.

**Dated:**    **July 6, 2011**                     /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE