# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McKINNEY, | CASE NO. 1:09-cv-00726-AWI-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S PRETRIAL STATEMENT |
| v. | (ECF No. 46) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff Gregory McKinney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.   Discovery in this action opened on December 10, 2010.  On September 22, 2011, Plaintiff filed a pretrial statement.  The deadline for filing dispositive motions in this action is October 11, 2011.  Once dispositive motions have been filed and ruled upon the Court will issue a scheduling order setting dates for the parties to file pretrial statements.  Plaintiff's pretrial statement, filed September 22, 2011,  is premature and is HEREBY ORDERED STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

**Dated:    September 27, 2011**          _/s/ Sandra M. Snyder_
                                     UNITED STATES MAGISTRATE JUDGE

1