# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY McKINNEY, | CASE NO. 1:09-cv-00726-AWI-BAM PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | (ECF No. 52) |
| | FOURTEEN DAY DEADLINE |
| Defendants. | |

Plaintiff Gregory McKinney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on the first amended complaint, filed November 24, 2009, against Defendants Castro, Harrington, Hedgpeth, Kays, and Soto for deliberate indifference to a serious risk to Plaintiff's health in violation of the Eighth Amendment. Defendants filed a motion for summary judgment on December 12, 2012. (ECF No. 52.) On January 30, 2012, the Court granted Plaintiff's motion for a thirty day extension of time to file an opposition. (ECF No. 54.) More than thirty days have passed and Plaintiff has failed to file an opposition or a statement of non-opposition to the motion. Local Rule 230(l).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion for summary judgment within **fourteen (14) days** from the date of service of this order; and

2. The failure to respond to Defendants' motion in compliance with this order will

1

result in dismissal of this action, with prejudice, for failure to prosecute.

IT IS SO ORDERED.

Dated:   **March 20, 2012**                    **/s/ Barbara A. McAuliffe**
                                               UNITED STATES MAGISTRATE JUDGE