# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

GREGORY McKINNEY,                        CASE NO. 1:09-cv-00726-AWI-BAM PC

               Plaintiff,          ORDER STRIKING PLAINTIFF'S SURREPLY

   v.                                   (ECF No. 62)

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION,
et al.,

             Defendants.
_____/

    Plaintiff Gregory McKinney ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff commenced this action on April 4, 2009.  (ECF No. 1.)  This action now proceeds on the First Amended Complaint filed on November 24, 2009, against Defendants Hedgpeth, Harrington, Castro, Kays and Soto on Plaintiff's claim that he was denied exercise in violation of the Eighth Amendment.

    On December 12, 2011, Defendants filed a Motion for Summary Judgment.  (ECF No. 52.) Plaintiff filed an Opposition on April 11, 2012, and Defendants filed a Reply on April 18, 2012. (ECF Nos. 60, 61.)  On May 23, 2012, Plaintiff filed a Surreply.  (ECF No. 62.)

    The Local Rules provide for a motion, an opposition, and a reply.  Neither the Local Rules nor the Federal Rules provide the right to file a surreply, and the Court neither requested one nor granted a request on the behalf of Plaintiff to file one.  Accordingly, Plaintiff's Surreply, filed May 23, 2012, shall be stricken from the record.

/////

1       Accordingly, IT IS HEREBY ORDERED that Plaintiff's Surreply, filed May 23, 2012, is

2 STRICKEN from the Court's record.

3       IT IS SO ORDERED.

4    **Dated:**    **May 24, 2012**         **/s/ Barbara A. McAuliffe**
                                        UNITED STATES MAGISTRATE JUDGE